**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 09-67-DLB-CJS
CIVIL ACTION NO. 11-07160-DLB-CJS**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**vs.**         **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**QUENTIN L. FOSTER**                                                      **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 30) and the United States Motion to Dismiss (Doc. # 34). Consistent with local practice, this matter was referred to Magistrate Judge Candace J. Smith for the purpose of reviewing the motion and preparing a Report and Recommendation (R&R). After reviewing the issues raised by Defendant, Magistrate Judge Smith issued an R&R on October 17, 2011 (Doc. # 41) recommending that Defendant's Motion to Vacate be denied and the United States' Motion to Dismiss be granted. Despite being granted a lengthy extension of time (Doc. # 43), Defendant has failed to file objections to the R&R, and the time to do so has now expired. Therefore, the matter is ripe for review.

Having reviewed the Magistrate Judge's R&R, the Court concurs with her recommended disposition. Defendant knowingly and voluntarily waived his right to file a collateral attack on his conviction and sentence. Furthermore, that Defendant

1

characterizes his claim as one for the ineffective assistance of counsel does not negate the validity of his waiver.  Defendant is bound by his statements in response to the Court's inquiry during the exhaustive plea colloquy, at which Defendant indicated that he knowingly and voluntarily entered a guilty plea and was waiving his right to attack collaterally his conviction and sentence.  (Doc. # 32 at 17-18).  Moreover, during the plea colloquy, the Court specifically asked Defendant whether he was satisfied with the advice and representation his counsel provided to him, and Defendant answered affirmatively.  (*Id.* at 5).

Accordingly, **IT IS ORDERED AND ADJUDGED** that:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 41) is hereby **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Defendant's Motion to Vacate, Set Aside or Correct Sentence (Doc. # 30) is hereby **DENIED**;

(3) the United States' Motion to Dismiss (Doc. # 34) is hereby **GRANTED**;

(4) the Court certifies that, for the reasons previously set forth in the Report and Recommendation of the Magistrate Judge (Doc. # 41), there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability will issue; and

(5) this matter is hereby **DISMISSED WITH PREJUDICE,** and stricken from the Court's docket.

This 22nd day of December, 2011.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2009\09-67 Order adopting R&R.wpd